IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMIE HOUSEKNECHT,<br>    Plaintiff, | )<br>)<br>) |
| v. | ) Civil Action No. 06-621<br>) |
| JOHN BEERS, ET AL.,<br>    Defendants. | )<br>)<br>) |

ORDER

Plaintiff has submitted a document, entitled "Motion for Time Enlargement", where he requests an extension of the time to appeal the non-dispositive order of United States Magistrate Judge Robert C. Mitchell, dated October 23, 2006 [document #38]. The court, in it's discretion, will deem plaintiff's motion to be his actual appeal of the aforementioned order.

Upon a review of the matters raised by the appeal, the court concludes that the order appealed from is neither clearly erroneous nor contrary to law. Fed.R.Civ.P. 72.

Therefore, this _10_ day of November, 2006, IT IS HEREBY ORDERED that the order referred to is AFFIRMED and the instant case is referred back to the Magistrate Judge for further proceedings.

BY THE COURT:

_____, J.

cc: The Honorable Robert C. Mitchell,
    United States Magistrate Judge

    All parties of record