IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

JAMIE E. HOUSEKNECHT, )
    Plaintiff, )
 )
    v. ) Civil Action No. 06-621
 )
JOHN BEERS, et al., )
    Defendants. )

O R D E R

AND NOW, this 7th day of June 2007, after the plaintiff, Jamie E. Houseknecht, filed a civil rights complaint and amended complaint in the above-captioned case, and after a motion for summary judgment was submitted by the defendants, and after a Report and Recommendation was issued by the United States Magistrate Judge, and the parties were granted thirteen days after being served with a copy to file written objections thereto, and no objections having been filed, and upon independent review of the pleadings, and the Magistrate Judge's Report and Recommendation, which is adopted as the opinion of this Court,

IT IS ORDERED that the defendants' motion for summary judgment (Document No. 62) is granted, and that judgment is entered accordingly.

*[signature]*
United States District Judge

cc: Jamie E. Houseknecht
GB-3811
SCI Greensburg
R.D. 10, Box 10
Greensburg, PA  15601

All Counsel of Record

Honorable Robert C. Mitchell
United States Magistrate Judge