IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

JAMIE E. HOUSEKNECHT,                )
                    Plaintiff,        )
                                      )
            v.                        )        Civil Action No. 06-621
                                      )
JOHN BEERS, et al.,                   )
                    Defendants.       )

## O R D E R

AND NOW, this 22nd day of June, 2007,

IT IS ORDERED that plaintiff's motion to alter or amend judgment (Docket No.

76) is treated as a motion for extension of time to file objections to the magistrate judge's report

and recommendation (Docket No. 72) and is granted in that plaintiff may file his objections no

later than July 6, 2007.

GARY L. LANCASTER
United States District Judge

cc:    Jamie E. Houseknecht
       GB-3811
       SCI Greensburg
       R.D. 10, Box 10
       Greensburg, PA 15601