IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMIE E. HOUSEKNECHT,<br>        Plaintiff,<br><br>        v.<br><br>JOHN BEERS, et al.,<br>        Defendants. | )<br>)<br>)<br>)    Civil Action No. 06-621<br>)<br>)<br>) |

## ORDER

AND NOW, this 22nd day of June, 2007,

IT IS ORDERED that plaintiff's motion to alter or amend judgment (Docket No. 76) is treated as a motion for extension of time to file objections to the magistrate judge's report and recommendation (Docket No. 72) and is granted in that plaintiff may file his objections no later than July 6, 2007.

                                                              GARY L. LANCASTER
                                                              United States District Judge

cc:    Jamie E. Houseknecht
        GB-3811
        SCI Greensburg
        R.D. 10, Box 10
        Greensburg, PA 15601