FILED
FEB 19 2009
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVA...

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

HOUSEKNECHT,
    Plaintiff
  -vs-
BEERS, et al.,
    Defendants

Civil Action No. 06-621

## MOTION FOR AN ORDER REOPENING THE TIME TO FILE AN APPEAL

AND NOW, Please take notice that upon the annexed Affidavit of the above named Plaintiff, a Motion is hereby being made to this Honorable Court for an Order pursuant to Rule 4(a)(6)(A) of the Fed.R.Civ.P., reopening the time to appeal the Judgment entered in this matter on July 12, 2007.

Date: 2/13/2009

Jamie Houseknecht, GB-3811
PO Box 246, Route 29
Graterford, PA 19426-0246

AND NOW, THIS 20 DAY OF Feb 09, IT IS HEREBY ORDERED THAT THE WITHIN MOTION IS DENIED.

GARY L. LANCASTER,
UNITED STATES DISTRICT JUDGE